November 20, 2015

Dora Canizales
Official Court Reporter
419th District Court
Travis County Courthouse
Austin, Texas  78701

Clerk of Court
Third Court of Appeals
Travis County
Austin, Texas

IN RE:  Appeals Court Cause Number:  03-15-00630-CV, Trial Court Number: D-1-GN-15-000877,  Carolyn Barnes vs Judge Guilford Jones, et al

Dear Clerk of Court:

This letter is in response to your letter of November 19,  2015 as to Court Reporter's Record on above-styled matter being past due.  I will state at this time that I have never received a Court Reporter's Designation from appellant that specifies what portion or portions of the record needs to be prepared as required by the rules.   So at this time, I ask that I be provided with such  Court Reporter's Designation of Record for every single appeal being filed in this matter.  Upon receipt of Reporter's Designation, I can proceed to prepare such record but would require at least 30 days to prepare each requested record.

Thank you for your attention to this matter.

Sincerely,
/d/  Dora Canizales